PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No. 12-45456 RE

**DANIELLE MARIE MACK,**  Chapter 13

         **Debtor.**  **DECLARATION OF DEBTOR IN SUPPORT OF DEBTOR'S MOTION TO VALUE LIEN**

_____/  _____

I, Danielle Mack, declare:

    1. I am the debtor in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on June 28, 2012, I was the owner of the real property located at 8181 Holanda Lane, Dublin, CA 94568 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $400,000.00.

5. The property is encumbered by a First Deed of Trust which was recorded in Alameda County on or about May 23, 2006 as document 2006203035 in favor of Sierra Pacific Mortgage Company, Inc. ("Sierra Pacific"), as evidenced by the face page of the recorded deed of trust, a copy of which is attached as Exhibit A and made a part hereof.

6. The First Deed of Trust was assigned to US Bank National Association, as successor Trustee to Bank of America, National Association, (successor by merger to LaSalle Bank National Association) as Trustee for Morgan Stanley Loan Trust 2006-12XS ("US Bank") as recorded in Alameda County on or about June 16, 2010 as document number 2010167542, as evidenced by the face page of the recorded assignment deed of trust, a copy of which is attached as Exhibit B and made a part hereof.

7. The First Deed of Trust was then assigned to US Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as trustee (successor by merger to LaSalle Bank National Association) as trustee for Morgan Stanley Mortgage Loan Trust 2006-12XS ("US Bank") as recorded in Alameda County on or about July 16, 2012 as document number 2012226656, as evidenced by the face page of the recorded assignment deed of trust, a copy of which is attached as Exhibit C and made a part hereof.

8. I owed approximately $516,049.85 to America's Servicing Company as successor in interest to US Bank ("ASC"), the first

position creditor, as evidenced by my June 2012 mortgage statement issued by ASC, a copy of which is attached as Exhibit D and made a part hereof.

9. According to document 2006219800 which was recorded in Alameda County on or about June 6, 2006, David Dufresne ("Dufresne") is the beneficiary of a Second Deed of Trust against the property, in the original sum of $120,000.00 as evidenced by the face page of the recorded deed of trust, a copy of which is attached as Exhibit E and made a part hereof.

10. The Second Deed of Trust was assigned to Pensco Trust Company for Benefit of James Delano, IRA Account # DE1CV as to an undivided 50% interest and John Lundahl, a married man as his sold and separate property as to an undivided 50% interest ("Pensco") as recorded in Alameda County on or about August 18, 2006 as document number 2006317523, as evidenced by the face page of the recorded assignment deed of trust, a copy of which is attached as Exhibit F and made a part hereof.

11. The Second Deed of Trust was then assigned to Solutions4RealEstate, Inc. ("Solutions4RealEstate") as recorded in Alameda County on or about November 28, 2007 as document number 2007405370, as evidenced by the face page of the recorded assignment deed of trust, a copy of which is attached as Exhibit G and made a part hereof.

1     12. I estimate that the balance owed on the second deed of trust
2 in favor of Solutions4RealEstate, Inc. is approximately $130,000.00. I
3 do not receive statements for the second deed of trust. I have
4 attempted unsuccessfully to get a statement with an exact figure for
5 the outstanding balance. On July 23, 2012 I received an email from
6 Solutions4RealEstate, Inc. which stated, "$120,000.00 at 11% interest
7 Rate if you added all the missed payments it would be around
8 $160,000.00".

    I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.

Dated: July 30, 2012                                /s/   Danielle Mack_____
                                                                              DANIELLE MACK