```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE        The following constitutes
One Kaiser Plaza, #480                  the order of the court. Signed August 29, 2012
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354
                                        _____
Attorneys for Debtor                    Roger L. Efremsky
                                        U.S. Bankruptcy Judge
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 12-45456 RE |
| **DANIELLE MARIE MACK,** | Chapter 13 |
|       **Debtor.** | ORDER VALUING LIEN OF SOLUTIONS4REALESTATE, INC. AS SUCCESSOR IN INTEREST TO DAVID DUFRESNE |
| _____/ | |

    On July 30, 2012, Danielle Mack (hereinafter Debtor) served a motion to value the lien of Solutions4RealEstate, Inc. as successor in interest to David Dufresne (hereinafter Lienholder) against the property commonly known as 8181 Holanda Lane, Dublin, CA 94568, which lien was recorded in Alameda County on or about June 6, 2006 as document 2006219800 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtor's motion, the court hereby orders as follows:

    (1) For purposes of Debtor's chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien

may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtor's confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtor, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtor's chapter 13 case is dismissed or converted to one under another chapter before Debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

```
Attn: Officer or Managing Agent
Pensco Trust Company
PO Box 193716
San Francisco, CA 94119-3716

Attn: Officer or Managing Agent
Pensco Trust Company
PO Box 192926
San Francisco, CA 94119-2926

Attn: Officer or Managing Agent
Pensco Services, LLC
560 Mission Street 13th Floor
San Francisco, CA 94105

Attn: Chris Radich
Pensco Services, LLC
560 Mission Street 13th Floor
San Francisco, CA 94105

Attn: Officer or Managing Agent
Pensco Association, LLC
560 Mission Street Ste 1300
San Francisco, CA 94105-2907

Attn: Chris Radich
Pensco Association, LLC
560 Mission Street Ste 1300
San Francisco, CA 94105-2907

Attn: Officer or Managing Agent
Solutions4RealEstate, Inc.
2551 San Ramon Valley Blvd #236
San Ramon, CA 94583

Attn: David Dufresme
Solutions4RealEstate, Inc.
11620 Regio
Dublin, CA 94568
```